IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILMER GRUBER, | 1:08-cv-00524 TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| JAMES TILTON, | (Doc. 16) |
| Respondent. | |

On September 25, 2008, Petitioner filed a motion for an extension of time to file a traverse. (Doc. 16). The Court has read and considered the motion, and finds that good cause exists to grant it.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for an extension of time is granted. Petitioner shall have to and including Monday, October 6, 2008 to file and serve a traverse.

IT IS SO ORDERED.

Dated: **October 1, 2008**             **/s/ Theresa A. Goldner**
                                       UNITED STATES MAGISTRATE JUDGE