# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| RICHARD WILMER GRUBER,<br><br>           Petitioner,<br><br>vs.<br><br>JAMES TILTON, et al.,<br><br>           Respondents. | Civil No.     1:08-CV-0524-JLS (PCL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART CERTIFICATE OF APPEALABILITY** |

A Certificate of Appealability ("COA") is required pursuant to 28 U.S.C. § 2253 before a petitioner can pursue an appeal. A COA will issue when the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 478 (2000) (after April 24, 1996, right to appeal is governed by COA requirements of 28 U.S.C. § 2253(c)). When a district court has rejected constitutional claims on the merits, a "substantial showing" requires a demonstration that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" or that "the questions are adequate to deserve encouragement to proceed further." *Lambright v. Stewart,* 220 F.3d 1022, 1025 (9th Cir. 2000), *quoting Slack*, 529 U.S. at 484 and *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983) (internal quotation marks omitted). The standard for gaining permission to appeal does

//

1 | not require a showing that a petitioner should prevail on the merits. *Lambright*, 220 F.3d at 1025,
2 | *quoting Barefoot,* 463 U.S. at 893 n. 4.
3 |     Pursuant to 28 U.S.C. § 2253, the Court **GRANTS** Petitioner a Certificate of Appealability
4 | on the claims that constitutionally insufficient evidence was presented that Petitioner "knew" the
5 | Uniform Commercial Code financial statements ("UCC-1s") were "false" or "forged" to support a
6 | conviction under California Penal Code section 115(a) and that constitutionally insufficient
7 | evidence was presented that the UCC-1s themselves were "false" or "forged" to support a
8 | conviction under California Penal Code section 115(a).  (Petition, Grounds One and Two.)  A
9 | Certificate of Appealability as to the California state law claims (Petition, Grounds Three and
10 | Four) is **DENIED**.
11 |     **IT IS SO ORDERED**.
12 |
13 | DATED: October 7, 2009
14 | _Janis L. Sammartino_
   | Honorable Janis L. Sammartino
15 | United States District Judge